447 F.2d 151
 George ZARZOUR, Petitioner-Appellant,
v.
UNITED STATES of America, Respondent-Appellee.
 No. 71-1293 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 Sept. 13, 1971.
 
 N. P. Callahan, Jr., Birmingham, Ala. (court appointed), for petitioner-appellant.
 George Zarzour, pro se.
 John W. Stokes, Jr., U.S. Atty., Allen L. Chancey, Jr., Asst. U.S. Atty., Atlanta, Ga., for respondent-appellee.
 Appeal from the United States District Court for the Northern District of Georgia, Albert J. Henderson, Jr., District Judge.
 Before GEWIN, GOLDBERG, and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966